# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>   Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>   Respondent. | Case No. _____<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 25, 2023, I caused the foregoing Motion to Compel Compliance with Subpoena *Duces Tecum* and supporting documents to be filed by sending an electronic copy to the Court's new case intake email at DCDml_intake@dcd.uscourts.gov. I further certify that a true and correct copy of the foregoing documents were served on EY via email and first-class mail to its counsel as set forth below.

  Laura Riposo VanDruff
  Kelley Drye & Warren LLP
  Washington Harbour, Suite 400
  3050 K Street, NW
  Washington, DC 20007
  Tel: (202) 342-8400
  LVanDruff@KelleyDrye.com

  Additionally, a copy of the foregoing will be served via email on plaintiff United States in *United States v. Twitter*, Case No. 22-3070 (N.D. Cal.) via its counsel as set forth below:

Emmet P. Ong
United States Attorney's Office
1301 Clay Street, Suite 340-S
Oakland, CA 94612-5217
(510) 637-3929
Fax: (510) 637-3724
emmet.ong@usdoj.gov

Scott P. Kennedy
DOJ-Civ
Consumer Protection Branch
450 5th St. NW, Suite 6400 South
Washington, DC 20530
202-305-1837
scott.p.kennedy@usdoj.gov

Deborah Sohn
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
202-305-9983
deborah.s.sohn@usdoj.gov

Zachary Cowan
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
202-598-7566
zachary.l.cowan@usdoj.gov

Reenah L. Kim
Division of Enforcement
Federal Trade Commission
600 Pennsylvania Avenue, N.W.,
Mail Stop CC-9528
Washington, D.C. 20580
Tel: (202) 326-2272
rkim1@ftcgov

DATED:  August 25, 2023

   /s/ *Christopher G. Michel*
Christopher G. Michel

*Counsel for X Corp.*