### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.,<br>   *Movant*,<br>  v.<br><br>ERNST & YOUNG, LLP,<br>   *Respondent*. | Case No. 1:23-mc-00082-ABJ |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), the undersigned respectfully moves for the admission *pro hac vice* of attorney Laura Riposo VanDruff in the above-captioned matter. An accompanying declaration of Laura Riposo VanDruff is being filed in support of this Motion.

As set forth in her accompanying declaration, Laura Riposo VanDruff is not currently admitted to practice in the United States District Court for the District of Columbia, and is admitted to practice and an active member in good standing of the Bar of the District of Columbia.

DATED: August 31, 2023

                 Respectfully submitted,
                 */s/ David H. Evans*
                 David H. Evans (D.D.C. Bar #455757)
                 Kelley Drye and Warren LLP
                 3050 K Street, NW, Suite 400
                 Washington Harbour
                 Washington, D.C., 20007
                 DEvans@KelleyDrye.com
                 Tel: (202) 342-8479
                 Fax: (202) 342-8451
                 *Counsel for Third-Party Ernst & Young LLP*