## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.,<br><br>    *Movant*,<br><br>v.<br><br><br>ERNST & YOUNG, LLP,<br><br>    *Respondent*. | Case No. 1:23-mc-00082-ABJ |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), the undersigned respectfully moves for the admission *pro hac vice* of attorney Rebecca B. Durrant in the above-captioned matter. An accompanying declaration of Rebecca B. Durrant is being filed in support of this Motion.

As set forth in her accompanying declaration, Rebecca B. Durrant is not admitted to practice in the District of Columbia and is admitted to practice and an active member in good standing of the Bar of the State of New York.

DATED: August 31, 2023

Respectfully submitted,
*/s/ David H. Evans*
David H. Evans (D.D.C. Bar #455757)
Kelley Drye and Warren LLP
3050 K Street, NW, Suite 400
Washington Harbour
Washington, D.C., 20007
DEvans@KelleyDrye.com
Tel: (202) 342-8479
Fax: (202) 342-8451
*Counsel for Third-Party Ernst &Young LLP*