UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>    Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>    Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

DECLARATION OF ALEX B. SPIRO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alex B. Spiro, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, attorneys for Movant X Corp. in this action. My office telephone number is (212) 849-7000 and my email is alexspiro@quinnemanuel.com.

2. I submit this declaration in support of X Corp.'s motion for my admission *pro hac vice* in this matter.

3. I am a member of the State Bar of New York, and have been admitted to the following courts:

  The Supreme Court of the United States
  U.S. Court of Appeals for the Second Circuit
  U.S. District Court for the Southern District of New York
  U.S. District Court for the Eastern District of New York
  The Appellate Division of the Supreme Court of New York, 1st Department

4. I certify that I have not been disciplined by any bar in which I am admitted.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I respectfully request that the Court allow me to be admitted *pro hac vice* in this matter on behalf of X Corp.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, Florida, this 31st Day of August, 2023.

DATED: August 31, 2023                           Respectfully submitted,

_____
Alex B. Spiro