UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.,<br><br>          Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>          Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION OF ATTORNEY ALEX B. SPIRO *PRO HAC VICE***

Upon consideration of Petitioner's motion for admission of attorney Alex B. Spiro *pro hac vice* and the Declaration of Alex B. Spiro in support thereof, it is hereby **SO ORDERED** that the motion is **GRANTED**.

IT IS SO ORDERED.

DATED: September ____, 2023.

_____
Hon. Amy Berman Jackson, U.S.D.J.