# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.,<br><br>　　　　　Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>　　　　　Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION OF ATTORNEY DANIEL R. KOFFMANN *PRO HAC VICE***

Upon consideration of Petitioner's motion for admission of attorney Daniel R. Koffmann *pro hac vice* and the Declaration of Daniel R. Koffmann in support thereof, it is hereby **SO ORDERED** that the motion is **GRANTED**.

IT IS SO ORDERED.

DATED: September ____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson, U.S.D.J.