UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>      Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>      Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

**MOTION FOR ADMISSION OF ATTORNEY CASEY J. ADAMS *PRO HAC VICE***

  Pursuant to Civil Local Rule 83.2(c), Movant moves for the admission and appearance of Attorney Casey J. Adams *pro hac vice* in this action. This motion is supported by the Declaration of Casey J. Adams, filed herewith. As set forth in Mr. Adams' declaration, he is admitted and an active member in good standing of the State Bar of New York and the District of Columbia Bar. This motion is supported and signed by Christopher G. Michel, an active member in good standing in the Bar of this Court, who shall serve as sponsoring counsel.

  Dated this 31st day of August, 2023.

                       Respectfully submitted,

                      /s/  Christopher G. Michel
                  Christopher G. Michel (D.C. Bar No. 1034557)
                  Quinn Emanuel Urquhart & Sullivan, LLP
                  1300 I Street NW, Suite 900
                  Washington, D.C. 20005
                  Telephone: (202) 538-8000
                  christophermichel@quinnemanuel.com

                  *Attorneys for Movant X. Corp.*