UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>　　　　　Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>　　　　　Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

DECLARATION OF CASEY J. ADAMS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Casey J. Adams, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.　　I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 1300 I Street NW, Suite 900, Washington, D.C. 20005, attorneys for Movant X Corp. in this action. My office telephone number is (202) 538 8000 and my email is caseyadams@quinnemanuel.com.

2.　　I submit this declaration in support of X Corp.'s motion for my admission *pro hac vice* in this matter.

3.　　I am admitted to the practice of law by the bars of the state of New York and the District of Columbia, and am admitted to the following courts:

　　　　The U.S. Court of Appeals for the Tenth Circuit
　　　　The U.S. District Court for the Southern District of New York
　　　　The U.S. District Court for the Eastern District of New York
　　　　The District of Columbia Court of Appeals
　　　　The Appellate Division of the Supreme Court of the State of New York, Second Judicial Department

4.　　I certify that I have not been disciplined by any bar in which I am admitted.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I engage in the practice of law from an office located in the District of Columbia and I am a member in good standing of the District of Columbia Bar (DC Bar ID: 90012729).

8. I respectfully request that the Court allow me to be admitted *pro hac vice* in this matter on behalf of X Corp.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Silver Spring, MD this 31st Day of August, 2023.

DATED: August 31, 2023                    Respectfully submitted,

_____
Casey J. Adams