AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| X CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mc-00082-ABJ |
| ERNST & YOUNG, LLP | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERNST & YOUNG LLP .

Date: 09/07/2023

/s/ Rebecca Blake Durrant
*Attorney's signature*

Rebecca Blake Durrant (NY Bar #: 5320973)
*Printed name and bar number*

Kelley Drye & Warren, LLP
3 World Trade Center,
175 Greenwich Street,
New York, NY 1007

*Address*

RDurrant@KelleyDrye.com
*E-mail address*

(212) 808-7551
*Telephone number*

(212) 808-7897
*FAX number*