AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| X CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mc-00082-ABJ |
| ERNST & YOUNG, LLP | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERNST & YOUNG LLP.

Date: 09/07/2023

/s/ Laura Riposo VanDruff
*Attorney's signature*

Laura Riposo VanDruff (D.C. Bar #: 481785)
*Printed name and bar number*
Kelley Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
*Address*

LVandruff@KelleyDrye.com
*E-mail address*

(202) 342-8435
*Telephone number*

(202) 342-8451
*FAX number*