(Case No. 1:23-mc-00082-ABJ)

# EXHIBIT D
# FILED UNDER SEAL