UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>                Movant,<br><br>v.<br><br><br>ERNST & YOUNG, LLP<br><br>                Respondent. | No.  1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California, No. 22-civ-3070 |

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I caused to be served Respondent Ernst & Young LLP's Motion for Leave to File Documents Under Seal and supporting documents (Dkt. 15) upon the following counsel of record via e-mail:

Alex B. Spiro
Daniel R. Koffman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
alexspiro@quinnemanuel.com
danielkoffman@quinnemanuel.com

Christopher G. Michel
Casey J. Adams
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com

*Counsel for Movant X Corp.*

DATED: September 8, 2023                Respectfully submitted,

                                                                 By:   /s/ *Laura Riposo VanDruff*
                                                                           Laura Riposo VanDruff (DC Bar No. 481785; admitted *pro hac vice*)

                                                                           *Counsel for Nonparty Ernst & Young LLP*