UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP., <br><br>     Movant, <br><br>  -vs- <br><br> ERNST & YOUNG, LLP, <br><br>     Respondent. | Case No. 1:23-mc-00082-ABJ <br><br> Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California: <br><br> No. 22 Civ. 3070 |

**NOTICE OF MOVANT X CORP.'s**
**CONSENT TO TRANSFER**

  Movant X Corp. respectfully submits this Notice of Consent to Transfer this action from the District Court for the District of Columbia to the District Court for the Northern District of California.  On August 25, 2023, X Corp. filed in this Court a Motion to Compel (the "Motion") compliance with subpoena *duces tecum* issued to Ernst & Young, LLP ("EY").  *See* Dkt. No. 1. X Corp. filed the Motion in this district pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, which requires that a motion to compel be filed before "the court for the district where compliance is required," which was in this district.  *See* Dkt. No. 1-18 (Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on EY).  On September 8, 2023, EY filed its opposition, and on September 11, 2023, this Court issued a Minute Entry ordering the parties "to inform the Court by September 14, 2023 of their positions as to whether the subpoena-related motion should be transferred back to the issuing court pursuant to Fed. R. Civ. P. 45(f)."  Minute Entry, Sept. 11, 2023.

X Corp. agrees that this Motion should be transferred to the District Court for the Northern District of California and hereby consents to transfer.

| | |
|---|---|
| Dated:  September 12, 2023<br>       Washington, D.C. | Respectfully submitted,<br><br>By:  /s/ Christopher G. Michel<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Christopher G. Michel (DC Bar ID: 1034557)<br>Casey J. Adams (DC Bar ID: 90012729; *pro hac vice* )<br>Rachel G. Frank (DC Bar ID: 1659649; application to this court pending)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538 8000<br>Facsimile: (202) 538 8100<br>christophermichel@quinnemanuel.com<br>caseyadams@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>Alex Spiro (*pro hac vice*)<br>Daniel R. Koffmann (*pro hac vice*)<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>alexspiro@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com<br><br>*Attorneys for X Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I caused to be served via e-mail copies of the **Notice of Movant X Corp.'s Consent to Transfer** upon the below counsel for Defendants at the following email address:

> Laura Riposo VanDruff
> Kelley Drye & Warren LLP
> Washington Harbour, Suite 400
> 3050 K Street, NW
> Washington, DC 20007
> Tel: (202) 342-8400
> LVanDruff@KelleyDrye.com

*/s/ Christopher G. Michel*