UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| X CORP., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Misc. Action No. 23-0082 (ABJ) |
| ERNST & YOUNG, LLP, | | |
| Defendant. | | |

**ORDER**

On August 25, 2023, X Corp. filed a motion seeking to compel Ernst & Young LLP to comply with X Corp.'s subpoena *duces tecum* issued in *United States v. Twitter*, No. 22-cv-3070 (N.D. Cal.).  X. Corp.'s Mot. to Compel Compliance with Subpoena *Duces Tecum* [Dkt. # 1] at 1. The parties were ordered to inform the Court of their positions as to whether the subpoena-related motion should be transferred to the issuing court pursuant to Federal Rule of Civil Procedure 45(f). Min. Order (Sept. 11, 2023).  In response, both parties notified the Court of their consent to transfer the motion to the United States District Court for the Northern District of California.  Notice of Movant X. Corp.'s Consent to Transfer [Dkt. # 17]; Notice of Consent to Transfer [Dkt. # 18].

Given the consent of the parties, in particular the party in receipt of the subpoena, and the other court's greater familiarity with the issues involved, it is

**ORDERED** that the Motion to Compel Compliance with Subpoena *Duces Tecum* shall be transferred to the United States District Court for the Northern District of California pursuant to Federal Rule of Civil Procedure 45(f).

The Clerk of Court is hereby directed to transfer this matter to the United States District Court for the Northern District of California.

**SO ORDERED**.

*Amy B Jackson*
AMY BERMAN JACKSON
United States District Judge

DATE: September 13, 2023