<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| X CORP.<br><br>    Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>    Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

  I hereby certify that on September 15, 2023, I caused the foregoing Reply Memorandum of Law in Support of Its Motion to Compel Compliance with Subpoena *Duces Tecum* to be served on EY's counsel via electronic filing on the Court's ECF online portal.

  Additionally, a copy of the foregoing will be served via email on plaintiff United States in *United States v. Twitter*, Case No. 22-3070 (N.D. Cal.) via its counsel as set forth below on the next page:

<div style="display: flex;">

Emmet P. Ong
United States Attorney's Office
1301 Clay Street, Suite 340-S
Oakland, CA 94612-5217
(510) 637-3929
Fax: (510) 637-3724
emmet.ong@usdoj.gov

Scott P. Kennedy
DOJ-Civ
Consumer Protection Branch
450 5th St. NW, Suite 6400 South
Washington, DC 20530
202-305-1837
scott.p.kennedy@usdoj.gov

</div>

Deborah Sohn
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
202-305-9983
deborah.s.sohn@usdoj.gov

Zachary Cowan
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
202-598-7566
zachary.l.cowan@usdoj.gov

Reenah L. Kim
Division of Enforcement
Federal Trade Commission
600 Pennsylvania Avenue, N.W.,
Mail Stop CC-9528
Washington, D.C. 20580
Tel: (202) 326-2272
rkim1@ftcgov

DATED:  September 15, 2023

    /s/ *Christopher G. Michel*
Christopher G. Michel

*Counsel for X Corp.*