# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23−mc−00082−ABJ

| | |
|---|---|
| X CORP. v. ERNST & YOUNG, LLP | Date Filed: 08/25/2023 |
| Assigned to: Judge Amy Berman Jackson | Jury Demand: None |
| Cause: Motion to Compel | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Petitioner**

**X CORP.**  represented by  **Christopher Michel**
QUINN EMANUEL URQUHART SULLIVAN
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538−8308
Fax: (202) 538−8100
Email: christophermichel@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**ERNST & YOUNG, LLP**  represented by  **David Howard Evans**
KELLEY DRYE & WARREN LLP
3050 K Street NW
Washington, DC 20007
(202) 342−8479
Fax: (202) 342−8451
Email: devans@kelleydrye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Riposo VanDruff**
KELLEY DRYE & WARREN LLP
3050 K Street, NW
Suite 400
Washington Harbour
Washington, DC 20007
202−342−8435
Email: lvandruff@kelleydrye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Blake Durrant**
KELLEY DRYE & WARREN, LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
212−808−7551
Email: RDurrant@KelleyDrye.com
*LEAD ATTORNEY*

PRO HAC VICE
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2023 | Ï 1 | MOTION to Compel Compliance with Subpoena Duces Tecum ( Filing fee $ 49 receipt number 205440.) filed by X CORP.. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Text of Proposed Order, # 21 Certificate of Service)(zjm) (Entered: 08/28/2023) |
| 08/25/2023 | Ï 2 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by X CORP.. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 3, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Text of Proposed Order, # 6 Certificate of Service)(zjm) (Entered: 08/28/2023) |
| 08/25/2023 | Ï 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by X CORP. identifying Corporate Parent X HOLDINGS CORP. for X CORP.. (zjm) (Entered: 08/28/2023) |
| 08/25/2023 | Ï 4 | NOTICE of Appearance by Christopher Michel on behalf of X CORP. (zjm) (Entered: 08/28/2023) |
| 08/28/2023 | Ï | MINUTE ORDER granting 2 Sealed Motion for Leave to File Document Under Seal. The Clerk of Court is directed to file the [2–1] [2–2] [2–3] [2–4] exhibits under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 08/28/2023. (lcabj2) (Entered: 08/28/2023) |
| 08/28/2023 | Ï 5 | SEALED DOCUMENT (Exhibits) filed by X CORP.. re 1 Motion to Compel,,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11)(znmw) (Entered: 08/30/2023) |
| 08/30/2023 | Ï 6 | NOTICE of Appearance by David Howard Evans on behalf of ERNST & YOUNG, LLP (Evans, David) (Entered: 08/30/2023) |
| 08/31/2023 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Laura Riposo VanDruff, Filing fee $ 100, receipt number ADCDC–10318772. Fee Status: Fee Paid. by ERNST & YOUNG, LLP. (Attachments: # 1 Declaration Declaration of Laura R. VanDruff, # 2 D.C. Certificate of Good Standing)(Evans, David) (Entered: 08/31/2023) |
| 08/31/2023 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rebecca Blake Durrant, Filing fee $ 100, receipt number ADCDC–10318814. Fee Status: Fee Paid. by ERNST & YOUNG, LLP. (Attachments: # 1 Declaration of Rebecca B. Durrant, # 2 New York Certificate of Good Standing)(Evans, David) (Entered: 08/31/2023) |
| 08/31/2023 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alex B. Spiro, Filing fee $ 100, receipt number ADCDC–10319529. Fee Status: Fee Paid. by X CORP.. (Attachments: # 1 Declaration of Alex B. Spiro, # 2 Certificate of Good Standing, # 3 Proposed Order)(Michel, Christopher) (Entered: 08/31/2023) |
| 08/31/2023 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Daniel R. Koffmann, Filing fee $ 100, receipt number ADCDC–10319619. Fee Status: Fee Paid. by X CORP.. (Attachments: # 1 Declaration of Daniel R. Koffmann, # 2 Certificate of Good Standing, # 3 Proposed Order)(Michel, Christopher) (Entered: 08/31/2023) |
| 08/31/2023 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Casey J. Adams, Filing fee $ 100, receipt number ADCDC–10319692. Fee Status: Fee Paid. by X CORP.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration of Casey J. Adams, # 2 Certificate of Good Standing, # 3 Proposed Order)(Michel, Christopher) (Entered: 08/31/2023) |
| 09/05/2023 | Ï | MINUTE ORDER granting 7 8 9 10 11 Motions for Leave of Laura Riposo VanDruff, Rebecca Blake Durrant, Alex B. Spiro, Daniel R. Koffmann, and Casey J. Adams to Appear Pro Hac Vice only upon condition that the lawyers admitted, or at least one member of the lawyers' firms, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. The two attorneys who engage in the practice of law from an office located in the District of Columbia are strongly encouraged to apply for membership of the bar of this court. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 9/5/23. (DMK) (Entered: 09/05/2023) |
| 09/07/2023 | Ï 12 | NOTICE of Appearance by Rebecca Blake Durrant on behalf of ERNST & YOUNG, LLP (Durrant, Rebecca) (Entered: 09/07/2023) |
| 09/07/2023 | Ï 13 | NOTICE of Appearance by Laura Riposo VanDruff on behalf of ERNST & YOUNG, LLP (VanDruff, Laura) (Entered: 09/07/2023) |
| 09/08/2023 | Ï 14 | RESPONSE re 1 Motion to Compel,, *Ernst & Young LLP's Opposition to X Corp.'s Motion to Compel Compliance with Subpoena* filed by ERNST & YOUNG, LLP. (Attachments: # 1 Declaration of Laura Riposo VanDruff, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Declaration of Thomas Reddy, # 9 Text of Proposed Order)(VanDruff, Laura) (Entered: 09/08/2023) |
| 09/08/2023 | Ï 15 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ERNST & YOUNG, LLP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Text of Proposed Order)(VanDruff, Laura) (Entered: 09/08/2023) |
| 09/08/2023 | Ï 16 | CERTIFICATE OF SERVICE by ERNST & YOUNG, LLP re 15 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ERNST & YOUNG, LLP (This document is SEALED and only available to authorized persons.) . (VanDruff, Laura) (Entered: 09/08/2023) |
| 09/11/2023 | Ï | MINUTE ORDER granting 15 Sealed Motion for Leave to File Document Under Seal. The Clerk of Court is directed to file the [15−1] [15−2] exhibits under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 09/11/2023. (lcabj2) (Entered: 09/11/2023) |
| 09/11/2023 | Ï | MINUTE ORDER. The parties are ORDERED to inform the Court by September 14, 2023 of their positions as to whether the subpoena−related motion should be transferred back to the issuing court pursuant to Fed. R. Civ. P. 45(f). Signed by Judge Amy Berman Jackson on 09/11/2023. (lcabj2) (Entered: 09/11/2023) |
| 09/12/2023 | Ï 17 | NOTICE *OF MOVANT X CORP.'s CONSENT TO TRANSFER* by X CORP. (Michel, Christopher) (Entered: 09/12/2023) |
| 09/12/2023 | Ï 18 | NOTICE *of Consent to Transfer* by ERNST & YOUNG, LLP (VanDruff, Laura) (Entered: 09/12/2023) |
| 09/13/2023 | Ï 19 | ORDER TRANSFERRING CASE. On August 25, 2023, X Corp. filed a motion 1 seeking to compel Ernst & Young LLP to comply with X Corp.'s subpoena duces tecum issued in United States v. Twitter, No. 22−cv−3070 (N.D. Cal.). The parties were ordered to inform the Court of their positions as to whether the subpoena−related motion should be transferred to the issuing court pursuant to Federal Rule of Civil Procedure 45(f). Min. Order (Sept. 11, 2023). In response, both parties notified the Court of their consent 17 18 to transfer the motion to the United States District Court for the Northern District of California. Given the consent of the parties, in particular the party in receipt of the subpoena, and the other court's greater familiarity with the issues involved, it is |

| | | |
|---|---|---|
| | | ORDERED that the Motion to Compel Compliance with Subpoena Duces Tecum shall be transferred to the United States District Court for the Northern District of California pursuant to Federal Rule of Civil Procedure 45(f). The Clerk of Court is hereby directed to transfer this matter to the United States District Court for the Northern District of California. Transfer due by 9/23/2023. See Order for details. SO ORDERED. Signed by Judge Amy Berman Jackson on 09/13/2023. (lcabj2) (Entered: 09/13/2023) |
| 09/15/2023 | 20 | REPLY re 1 Motion to Compel,, *Reply Memorandum of Law in Support of Motion to Compel Compliance with Subpoena Duces Tecum* filed by X CORP.. (Attachments: # 1 Certificate of Service)(Michel, Christopher) (Entered: 09/15/2023) |