UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., <br>       Plaintiff, <br> v. <br> ERNST & YOUNG, LLP, <br>       Defendant. | Case No. 23-mc-80245-PHK <br><br> **JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Thomas S. Hixson to determine whether this case is related to *United States of America v. Twitter, Inc.*, Case No. 3:22-cv-03070-TSH.

**IT IS SO ORDERED.**

Dated: October 10, 2023



_____
PETER H. KANG
United States Magistrate Judge