FILED
Oct 17 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERNST & YOUNG, LLP,<br><br>　　　　　Respondent. | Case No. 23-mc-80245-TSH<br><br>**ORDER SCHEDULING HEARING**<br><br>Re: Dkt. No. 1 |

　　The Court sets a hearing on X Corp.'s motion to compel for October 26, 2023 at 1:00 p.m. in Courtroom E on the 15th floor at 450 Golden Gate Avenue, San Francisco, California.

　　**IT IS SO ORDERED.**

Dated: 10/17/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge