QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice* in underlying matter)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice* in underlying matter)
Casey J. Adams (admitted *pro hac vice* in underlying matter)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X Corp.,<br><br>            Plaintiff,<br><br>      vs.<br><br>Ernst & Young, LLP,<br><br>            Defendant. | Case No. 3:23-mc-80245-TSH<br><br>**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Hon. Thomas S. Hixson |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Daniel R. Koffmann of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant X Corp.  Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Daniel R. Koffmann
> 51 Madison Ave, 22nd Floor
> New York, NY 10010
> Telephone:  (212) 849-7000
> Facsimile:  (212) 849-7100
> danielkoffmann@quinnemanuel.com

DATED:  October 19, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  _/s/ Daniel R. Koffmann_
        Daniel R. Koffmann

Alex Spiro (admitted _pro hac vice_ in underlying matter)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted _pro hac vice_ in underlying matter)
Casey J. Adams (admitted _pro hac vice_ in underlying matter)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

_Attorneys for X Corp._