| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Alex Spiro (admitted *pro hac vice* in underlying matter)<br>Daniel R. Koffmann (California Bar No. 344379) |
| 3 | 51 Madison Ave, 22nd Floor<br>New York, NY 10010 |
| 4 | Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100 |
| 5 | alexspiro@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com |
| 6 | |
| 7 | Christopher G. Michel (admitted *pro hac vice* in underlying matter)<br>Casey J. Adams (admitted *pro hac vice* in underlying matter) |
| 8 | Rachel G. Frank (California Bar No. 330040)<br>1300 I Street NW, Suite 900 |
| 9 | Washington, D.C. 20005 |
| 10 | Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 |
| 11 | christophermichel@quinnemanuel.com<br>caseyadams@quinnemanuel.com |
| 12 | rachelfrank@quinnemanuel.com |

*Attorneys for X Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X Corp., | Case No. 3:23-mc-80245-TSH |
| Plaintiff, | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| Ernst & Young, LLP, | The Hon. Thomas S. Hixson |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Rachel Frank of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant X Corp.  Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Rachel Frank
> 1300 I Street NW, Suite 900
> Washington, D.C. 20005
> Telephone: (202) 538 8000
> Facsimile: (202) 538 8100
> rachelfrank@quinnemanuel.com

DATED:  October 19, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Rachel Frank*
     Rachel Frank

Alex Spiro (admitted *pro hac vice* in underlying matter)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice* in underlying matter)
Casey J. Adams (admitted *pro hac vice* in underlying matter)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.*