**FILED**

Oct 23 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>       Petitioner,<br><br>    v.<br><br>ERNST & YOUNG, LLP,<br><br>       Respondent. | Case No. 23-mc-80245-TSH<br><br>**ORDER RESCHEDULING HEARING**<br><br>Re: Dkt. No. 1 |

The Court hereby **RESCHEDULES** the hearing on X Corp.'s motion to compel for November 16, 2023 at 11:00 a.m. in Courtroom E on the 15th floor at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 23, 2023

THOMAS S. HIXSON
United States Magistrate Judge