UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., <br>     Plaintiff, <br>   v. <br> ERNST & YOUNG, LLP, <br>     Defendant. | Case No. 23-mc-80245-TSH <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 1 |

  We are here on a motion to compel brought by X Corp. against Ernst & Young, LLP ("EY") seeking discovery to use in support of X Corp.'s motion to terminate or modify the May 26, 2022 Stipulated Order in the underlying action *United States v. Twitter, Inc.,* No. 22-cv-3070. However, in the underlying action the Court determined that X Corp.'s motion was deficient as a matter of law and that no discovery was needed to make that determination. Accordingly, the subpoena to EY serves no judicial purpose, and the motion to compel is therefore **DENIED**.

  **IT IS SO ORDERED.**

Dated: November 16, 2023

                          THOMAS S. HIXSON <br>
                          United States Magistrate Judge